UNITED STATES TRANSFER ADVERTISING COMPANY, PLAINTIFF AND APPELLANT, v. WILLIARD H. YOUNG, DEFENDANT AND APPELLEE.

Submitted March 18, 1910—Decided June 13, 1910.

A judgment of the District Court will not be reversed because of the admission of illegal testimony at the trial, when it appears that no objection was made to its admission at the time it was offered and received.

---

On appeal from the District Court of the city of Trenton.

Before Justices TRENCHARD and MINTURN.

For the appellant, *W. Holt Apgar.*

For the appellee, *James & Malcolm G. Buchanan.*

The opinion of the court was delivered by

TRENCHARD, J.   This appeal brings up for review a judgment of the District Court of the city of Trenton upon the verdict of a jury in favor of the defendant below.

The only reason which plaintiff assigns for reversal is the admission of illegal testimony offered by the defendant.

Assuming, without deciding, that the testimony was illegal, its admission is no ground for reversal because the state of the case discloses that no objection was made to it at the time it was offered and received. *Oliphant* v. *Brearley,* 25 *Vroom* 521; *Willett* v. *Morse,* 42 *Id.* 104.

We are not concerned with the action of the trial judge on the motion to strike out the testimony, made later in the trial, because such action is not assigned as a reason for reversal.

The judgment of the court below will be affirmed.